IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DANIEL B. HURLBUT, ADC # 658898;
DELWRICK COLEMAN, ADC # 656538;
SAMSON TILLIS, ADC # 141221; HARRY
SURBUR, ADC # 89794; JOSEPH SMITH,
ADC # 127880; JAMES EVERETT, ADC
# 109614; CHRISTOPHER BREWER, ADC
# 652673; BEN MCCARTER, ADC # 128344;
and PAUL BRANSON, ADC # 097273                           PLAINTIFFS

v.                      No. 2:13-cv-128-DPM

DANNY BURL; TODD BALL; DAVID MILLS;
RAY HOBBS; LARRY MAY; JIM SMITH;
WENDY KELLEY; RAYMOND NAYLOR; and
JANET LEWIS                                              DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 December 2013